FILED IN CLERK'S OFFICE
2021 AUG -3 PM 3:22
U.S. DISTRICT COURT
DISTRICT OF MASS.

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Lorraine Trowers-Bell | Case No. _____ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ☐ Yes ☑ No |
| -v- | |
| Children's Services of Roxbury/Sandra McCroom<br>Joan Sinner<br>Natasha Hall<br>Carline Leon | |
| *Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Lorraine Trowers-Bell |
   | Street Address | 990 River Street #3 |
   | City and County | Hyde Park, Suffolk |
   | State and Zip Code | Massachusetts, 02136 |
   | Telephone Number | 617-959-6400 |
   | E-mail Address | ltrowers@yahoo.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Children's Services of Roxbury/Sandra McCroom |
| Job or Title (if known) | President and Chief Executive Officer |
| Street Address | 520 Dudley Street 1st floor |
| City and County | Roxbury, Suffolk |
| State and Zip Code | Massachusetts, 02119 |
| Telephone Number | 617-877-2121 or 617-445-6655 |
| E-mail Address (if known) | smccroom@csrox.org |

Defendant No. 2

| | |
|---|---|
| Name | Joan Sinner |
| Job or Title (if known) | Vice President of Housing & Stabilization |
| Street Address | 520 Dudley Street 1st floor |
| City and County | Roxbury, Suffolk |
| State and Zip Code | Massachusetts, 02119 |
| Telephone Number | 617-851-7624 or 617-989-2601 |
| E-mail Address (if known) | jsinner@csrox.org |

Defendant No. 3

| | |
|---|---|
| Name | Natasha Hall |
| Job or Title (if known) | Director of Human Resources |
| Street Address | 520 Dudley Street 1st floor |
| City and County | Roxbury, Suffolk |
| State and Zip Code | Massachusetts, 02119 |
| Telephone Number | 617-331-6953 or 617-318-5046 |
| E-mail Address (if known) | nhall@csrox.org |

Defendant No. 4

| | |
|---|---|
| Name | Carline Leon |
| Job or Title (if known) | Housing & Stabilization Program Manager |
| Street Address | 520 Dudley Street 1st floor |
| City and County | Roxbury, Suffolk |
| State and Zip Code | Massachusetts, 02119 |
| Telephone Number | 617-669-7849 |
| E-mail Address (if known) | cleon@csrox.org |

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Title VII of the Civil Rights Act of 1964 (Title VII), which prohibits employment discrimination based on race, color, religion, sex, or national origin.
Please also see Notice of Suit Rights and attached documents.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,
       and has its principal place of business in the State of *(name)* _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:
Based on the injuries I have suffered, I will claim compensatory, punitive, liquidated damages.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See Attached Statement of Claim 8/3/2021 on separate paper

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Compensatory damages:
I am requesting pay for out-of-pocket expenses caused by the discrimination (such as costs associated with a job search or medical expenses). I would also like to be compensated for the emotional harm suffered (such as embarrassment & humiliation, mental anguish, inconvenience, as well loss of enjoyment of life).
CSR should be required to stop any discriminatory practices and take steps to prevent discrimination in the future.
I need to recover all court filing costs.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Punitive damages: I request Punitive damages because CSR committed an especially malicious or reckless act of discrimination. I am Requesting the EEOC standard limit of $300,000 on the amount of compensatory and punitive damages due to the fact the CSR has more than 500 employees. Liquidated damages:
This case has proof of intentional as well as malicious and reckless acts of discrimination. I would like to be awarded the amount of back pay and benefits equivalent to what I would have received if I was not denied this position.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/03/2021

Signature of Plaintiff: Lorraine Trowers-Bell
Printed Name of Plaintiff: Lorraine Trowers-Bell

### B. For Attorneys

Date of signing: 08/03/2021

Signature of Attorney: Pro Se Litigant
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Street Address:
State and Zip Code:
Telephone Number:
E-mail Address: