UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Lorraine Trowers-Bell

    Plaintiff

v.                                        Civil Action No. 1:21-11263-AK

Children's Services of Roxbury, et al.

    Defendants

## ORDER DISMISSING CASE

October 7, 2022

A. KELLEY, D.J.

In accordance with the Court's Order [Dkt. # 34] entered on October 7, 2022, granting defendants' motion to dismiss, it is ORDERED that the above-entitled action be, and hereby is, dismissed with prejudice.

By the Court,

/s/ Arnold Pacho
Deputy Clerk